**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**MARK A. GREENE**                                                                   **PLAINTIFF**

**v.**                                             **4:10CV01168-WRW**

**AMERIPRIDE SERVICES INC.**                                            **DEFENDANT**

**ORDER**

Pending is Plaintiff's Motion to Dismiss (Doc. No. 18). Defendant does not object.

Plaintiff's Motion to Dismiss is GRANTED without prejudice.

IT IS SO ORDERED this 22nd day of November 2010.


                                        /s/Wm. R. Wilson, Jr.
                                        UNITED STATES DISTRICT JUDGE